[No. 35466-3-I.    Division One.    March 25, 1996.]

ALI REZA NIKOONEJAD, *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-05280-2, Michael Hayden, J., entered December 9, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35576-7-I.    Division One.    March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME
M. REYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02262-4, John M. Darrah, J., entered November 14, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35578-3-I.    Division One.    March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE
LEE ADRIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04635-3, Faith Enyeart Ireland, J., entered October 31, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35630-5-I.    Division One.    March 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
NAPOLEON HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06412-0, Mary Wicks Brucker, J., entered November 4, 1994. *Affirmed* by unpublished per curiam opinion.